# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2025

## NO. 03-24-00114-CV

**Roberto Duarte-Hernandez, Appellant**

**v.**

**Ananda Rodriguez, Appellee**

---

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final decree of divorce signed by the trial court on November 21, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.